**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAT PHAM TIEN TRAN (5),<br>Defendant. | Criminal Nos. 19CR0901-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

Upon the oral motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above-entitled case against defendant Dat Pham Tien Tran. The defendant is hereby discharged as to this case only.

IT IS SO ORDERED AND ADJUDGED.

IT IS SO ORDERED.

Dated: October 5, 2026

Marilyn L. Huff

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE